United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-16890-amc
Darrien A. Vinson                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Aug 07, 2018
                              Form ID: 206             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db               +Darrien A. Vinson,    207 N. Simpson Street,    Philadelphia, PA 19139-1023
12811692          Aurora Bank,    2617 College Park,    P.O. BOX 1706,    Attn: Bankruptcy Dept.,
                   Scottsbluff, NE 69363-1706
12934430         ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court: Nationstar Mortgage,    P.O. Box 619096,   Dallas, TX  75261-9741)
13498765         +Nationstar Mortgage,    P.O. Box 619094,    Dallas, TX 75261-9094
14018175          Nationstar Mortgage LLC, D/B/A Mr.,    Cooper, PO BOX 619094,Dallas, TX,    75261

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: megan.harper@phila.gov Aug 08 2018 02:29:45     City of Philadelphia,
                   City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                   Philadelphia, PA  19102-1595
smg               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2018 02:29:03
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2018 02:29:28     U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12825277          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 08 2018 02:45:04
                   American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                   Oklahoma City, OK  73126-8941
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Nationstar Mortgage LLC
13043431*        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court: Nationstar Mortgage, LLC,    Attention: Bankruptcy Department,
                   PO Box 630267,    Irving, TX 75063)
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Nationstar Mortgage LLC paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    Nationstar Mortgage LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              D. TROY SELLARS    on behalf of Creditor     NATIONSTAR MORTGAGE, LLC D.Troy.Sellars@usdoj.gov
              JEROME B. BLANK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-RF3
               bkgroup@kmllawgroup.com
              KEVIN T MCQUAIL    on behalf of Creditor    Nationstar Mortgage LLC ecfmail@mwc-law.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-RF3
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              MICHAEL A. LATZES    on behalf of Debtor Darrien A. Vinson efiling@mlatzes-law.com
              RYAN A. GOWER    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                    Date Rcvd: Aug 07, 2018
                              Form ID: 206               Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                             TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Darrien A. Vinson                                                                                          Case No: 12−16890−amc

    Debtor(s)

_____

### NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☒ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☒ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 8/7/18

For The Court

Timothy B. McGrath
Clerk of Court

100
Form 206